UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

JAN -7 2016

RECEIVED

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED  JAN -7 2016

CLERK

IN THE UNITED STATES
COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| NextEra Desert Center Blythe, LLC, )<br>)<br>*Petitioner*, )<br>)<br>v. )<br>)<br>Federal Energy Regulatory Commission, )<br>)<br>*Respondent*. ) | 16-1003<br>Case No. 16- |

## *PETITION FOR REVIEW*
## *OF NEXTERA DESERT CENTER BLYTHE, LLC*

Pursuant to section 313(b) of the Federal Power Act, 16 U.S.C. § 825*l*(b), Rule 15(a) of the Federal Rules of Appellate Procedure, and Circuit Rule 15, NextEra Desert Center Blythe, LLC ("Desert Center"), hereby petitions this Court for review of the following orders of the Federal Energy Regulatory Commission, copies of which are attached hereto:

(a) *NextEra Desert Center Blythe, LLC v. California Independent System Operator Corp.*, Docket No. EL15-47-000, Order Denying Complaint, 151 FERC ¶ 61,198 (June 3, 2015); and

Filed: 01/07/2016 Page 2 of 8 Document #1592559 USCA Case #16-1003

(b) *NextEra Desert Center Blythe, LLC v. California Independent System Operator Corp.*, Docket No. EL15-47-001, Order Denying Rehearing, 153 FERC ¶ 61,208 (Nov. 19, 2015).

Respectfully submitted,

/s/ John N. Estes III

| | |
|---|---|
| Joseph T. Kelliher<br>  Executive Vice President<br>Joel D. Newton<br>  Senior Attorney<br>NextEra Energy Resources, LLC<br>801 Pennsylvania Avenue, N.W.<br>Suite 220<br>Washington, DC 20004<br>joe.kelliher@nexteraenergy.com<br>joel.newton@nexteraenergy.com | John N. Estes III<br>Gerard A. Clark<br>Skadden, Arps, Slate, Meagher<br>  & Flom LLP<br>1440 New York Avenue, N.W.<br>Washington, DC 20005<br>(202) 371-7000<br>john.estes@skadden.com<br>gerard.clark@skadden.com<br><br>*Counsel for*<br>*NextEra Desert Center Blythe, LLC* |

Dated: January 7, 2016

2

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

JAN - 7 2016

RECEIVED

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED  JAN = 7 2016

CLERK

IN THE UNITED STATES
COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| NextEra Desert Center Blythe, LLC, )<br>)<br>*Petitioner*, )<br>)<br>v. )<br>)<br>Federal Energy Regulatory Commission, )<br>)<br>*Respondent*. ) | 16-1003<br><br>Case No. 16- |

*CORPORATE DISCLOSURE STATEMENT*

Pursuant to Rule 26.1 of the Federal Rules of Appellate Procedure and Rule 26.1 of the Circuit Rules of this Court, NextEra Desert Center Blythe, LLC ("Desert Center"), hereby provides its corporate disclosure statement as the petitioner in this case.

Desert Center is a wholly-owned subsidiary of Genesis Solar, LLC ("Genesis") and McCoy Solar, LLC ("McCoy"). Genesis and McCoy are indirect subsidiaries of NextEra Energy Resources, LLC ("NextEra Resources"). NextEra Resources is one of the largest wholesale generators of electric power in the United States, and its subsidiaries are indirect subsidiaries of NextEra Energy, Inc., a publicly-held energy and utility holding company.

In addition, certain interests in Genesis and Desert Center are held by NextEra Energy Partners, LP, a publicly-held energy and utility holding company limited partnership formed by NextEra Energy, Inc. The following subsidiaries of NextEra Energy, Inc. have issued publicly-held securities: Florida Power & Light Company, FPL Recovery Funding LLC, NextEra Energy Partners, LP and NextEra Energy Capital Holdings, Inc. No other parents, affiliates or subsidiaries of Genesis and Desert Center are publicly-held or publicly-traded. No publicly-held company has a 10% or greater ownership interest in NextEra Energy, Inc. or in any of its subsidiaries with publicly held securities.

Respectfully submitted,

Joseph T. Kelliher
  Executive Vice President
Joel D. Newton
  Senior Attorney
NextEra Energy Resources, LLC
801 Pennsylvania Avenue, N.W.
Suite 220
Washington, DC 20004
joe.kelliher@nexteraenergy.com
joel.newton@nexteraenergy.com

John N. Estes III
Gerard A. Clark
Skadden, Arps, Slate, Meagher
  & Flom LLP
1440 New York Avenue, N.W.
Washington, DC 20005
(202) 371-7000
john.estes@skadden.com
gerard.clark@skadden.com

*Counsel for*
*NextEra Desert Center Blythe, LLC*

Dated: January 7, 2016

2

## CERTIFICATE OF SERVICE

Pursuant to Rule 15(c) of the Federal Rules of Appellate Procedure, I hereby certify that I have this day served a copy of the foregoing Petition for Review and accompanying documents by First-Class Mail or electronically upon each person designated on the official service list to the underlying proceeding (a copy of which is attached to the original and court-filed copies hereof immediately following this Certificate of Service) and upon the Solicitor of the Federal Energy Regulatory Commission at the following address:

Kimberley D. Bose
Secretary
Federal Energy Regulatory Commission
888 First Street, N.E.
Washington, DC 20426

Robert H. Solomon
Solicitor
Federal Energy Regulatory Commission
888 First Street, N.E.
Room 91-01
Washington, DC 20426

Dated at Washington, D.C. this 7th day of January 2016.

Respectfully submitted,

John N. Estes III
Skadden, Arps, Slate, Meagher
 & Flom LLP
1440 New York Avenue, N.W.
Washington, DC 20005-2111
(202) 371-7950
john.estes@skadden.com

*Counsel for*
*NextEra Desert Center Blythe, LLC*

# Service List for Federal Energy Regulatory Commission Docket No. EL15-47

| | | |
|---|---|---|
| **California Independent System Operator Corporation** | Michael Kunselman<br>Bradley Miliauskas<br>Alston & Bird LLP<br>950 F Street, N.W.<br>Washington, DC 20004<br>michael.kunselman@alston.com<br>bradley.miliauskas@alston.com | Sidney L. Mannheim<br>John Anders<br>William H. Weaver<br>California Independent System Operator Corporation<br>250 Outcropping Way<br>Folsom, CA 95630<br>smannheim@caiso.com<br>janders@caiso.com<br>bweaver@caiso.com |
| **Modesto Irrigation District** | Sean Neal<br>Tyler Mansholt<br>Nena D. Robinson<br>Duncan, Weinberg, Genzer & Pembroke PC<br>915 L Street Suite 1410<br>Sacramento, CA 95814<br>smn@dwgp.com<br>tem@dwgp.com<br>ndr@dwgp.com | Joy A. Warren<br>Gregory E Salyer<br>Roger VanHoy<br>Modesto Irrigation District<br>P.O. Box 4060<br>Modesto, CA 95352<br>lindaf@mid.org<br>gregs@mid.org<br>rogerv@mid.org |
| **NRG Companies** | Abraham Silverman<br>Cortney Madea<br>Jennifer Hsia<br>NRG Energy, Inc.<br>211 Carnegie Center Drive<br>Princeton, NJ 08540<br>abe.silverman@nrg.com<br>cortney.madea@nrg.com<br>jennifer.hsia@nrg.com | Brian Theaker<br>Director of Market Affairs<br>3161 Ken Derek Lane<br>Placerville, CA 95667<br>brian.theaker@nrg.com |
| **Pacific Gas and Electric Company** | Charles Middlekauff<br>Pacific Gas and Electric Company<br>P.O. Box 7442<br>San Francisco, CA 94120-7442<br>crmd@pge.com | |

| | | |
|---|---|---|
| **Powerex Corp.** | Deanna King<br>Bracewell & Giuliani LLP<br>111 Congress Avenue<br>Suite 2300<br>Austin, TX 78701<br>deanna.king@bgllp.com | Tracey L. Bradley<br>Stephen Hug<br>Bracewell & Giuliani LLP<br>2000 K Street, N.W.<br>Suite 500<br>Washington, DC 20006<br>tracey.bradley@bgllp.com<br>stephen.hug@bgllp.com |
| | Mike Benn<br>Energy Trade Policy Analyst<br>Powerex Corp.<br>Suite 1300 – 666 Burrard Street<br>Vancouver, BC V6E 1W6,<br>Canada<br>mike.benn@powerex.com | |
| **Southern California Edison Company** | Rebecca Furman<br>Southern California Edison Company<br>P.O. Box 800<br>Rosemead, CA 91770<br>rebecca.furman@sce.com | FERC Case Administration<br>Southern California Edison Company<br>2244 Walnut Grove Avenue<br>Rosemead, CA 91770<br>ferccaseadmin@sce.com |

2